No. 75–5700. GARY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 75–5959. BROWN *v.* UNITED STATES; and
No. 75–6059. BRYANT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6002. ALEXANDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6004. DE LOS SANTOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 75–6006. MALLOY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 75–6013. CRIM *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 75–6020. WEEMS *v.* HOGAN, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 75–6024. MORGAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 75–6032. GOODIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 75–6034. ROSE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 75–6035. WRIGHT, AKA MORGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 75–6037. EVANS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 75–6042. BEAVER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.